## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| L. STEPHEN RIDENOUR and VICKEY J. RIDENOUR,<br><br>                      Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; RECONTRUST COMPANY, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.,<br><br>                      Defendants. | CASE NO.: 1:11-cv-00627-BLW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE** |

THIS MATTER having come before the Court on the parties' Stipulation for Dismissal Without Prejudice [Dckt. 15], and the Court having reviewed the record and the terms of the foregoing Stipulation, and good cause appearing therefor;

IT IS HEREBY ORDERED that:

1) The above-captioned lawsuit and all claims that were, or which could have been asserted therein, be and are hereby dismissed without prejudice, with each party to bear their own attorneys' fees and costs; and

2) All terms of the parties' Stipulation for Dismissal Without Prejudice are incorporated into this order by reference and shall thus have the same force and effect as an order of this Court.



DATED: January 25, 2013

_____
B. Lynn Winmill
Chief Judge
United States District Court

**ORDER GRANTING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE- 2**